# BANTLE & LEVY LLP

ATTORNEYS AT LAW

99 PARK AVENUE, SUITE 1510

NEW YORK, NEW YORK 10016

ROBERT L. LEVY
LEE F. BANTLE
SHERIE N. BUELL
DAVID KRAUSS

TEL 212.228.9666
FAX 212.228.7654

June 17, 2021

**VIA ECF**
The Honorable Jesse M. Furman
United States District Court
Southern District of New York
40 Centre Street, Room 2202
New York, New York 10007

Re: Leung /Vergara v. Hampton Management Co., LLC et al., No. 21 Civ. 1374 (JMF)

Dear Judge Furman:

The undersigned jointly represent the parties in the above-referenced action.

The parties jointly submit this letter motion requesting adjournment of the initial pretrial conference in this case, currently scheduled for July 7, 2021. The parties so move because SDNY mandatory mediation in this case has been scheduled for Monday, July 19, 2021. Consistent with Your Honor's Order, dated May 27, 2021, the parties seek the opportunity to complete the mediation process before an initial pretrial conference is held.

No prior request for the instant relief has been made.

Respectfully submitted,

BANTLE & LEVY LLP                           TARTER KRINSKY & DROGIN LLP

By: __s/ Robert L. Levy__                   By: _s/ Laurent S. Drogin__
    Robert L. Levy                            Laurent S. Drogin
99 Park Avenue, Suite 1510                  1350 Broadway, 11th Floor
New York, New York 10016                    New York, New York 10018
212.228.9666                                212.216.8000

levy@civilrightsfirm.com                           ldrogin@tarterkrinsky.com

The Application is GRANTED.  The initial pretrial conference, currently scheduled for July 7, 2021, is RESCHEDLED to **July 28, 2021**, at **4:15 p.m.**  The Clerk of Court is directed to terminate ECF No. 28.  SO ORDERED.

June 17, 2021